UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES A. RORISON,

    Plaintiff,

v.

INLAND PIPE REHABILITATION, LLC,
STRENGTH CAPITAL PARTNERS,
MARK McCAMMON, and
ROBERT STEINBERG,

    Defendants.

Case No. 2:16-cv-11136
Hon. Arthur J. Tarnow
Mag. Judge Elizabeth A. Stafford

| STEPHEN F. WASINGER PLC | ANTHONY L. DELUCA, PLC |
|---|---|
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| Stephen Wasinger (P25963) | Anthony L. DeLuca (P64874) |
| 300 Balmoral Centre | 14950 E. Jefferson Ave., Ste 170 |
| 32121 Woodward Avenue | Grosse Pointe Park, MI 48230 |
| Royal Oak, MI 48067 | Tel: (313) 821-5905 |
| Tel: (248) 544-7097 | anthony@aldplc.com |
| sfw@sfwlaw.com | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses this action without prejudice and without costs against all Defendants.

ANTHONY L. DELUCA, P.L.C.

By: /s/ Anthony DeLuca
   Anthony L. DeLuca (P64874)
14950 East Jefferson Avenue, Suite 170
Grosse Pointe Park, MI 48230
(313) 821-5905
anthony@aldplc.com

Dated:  April 14, 2016